UTICA GAS AND ELECTRIC COMPANY, Appellant, *v.* C. LESTER MERRY et al., as Trustees of the Village of Frankfort et al., Respondents.

(Argued January 11, 1934; decided February 27, 1934.)

*J. Theodore Cross* and *Bernon K. Tourtelot* for appellant.

*Charles Dickerman Williams* for McIntosh & Seymour Corporation, respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.